UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZALDO SAMPIAO,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, *et al.*,<br><br>Respondents. | No. 25-cv-11981-JEK |

**<u>RESPONDENTS' ASSENTED-TO MOTION TO CONTINUE HEARING</u>**

Respondents[1] respectfully request to continue the hearing on Petitioner Elizaldo Sampiao's habeas petition currently scheduled for July 28, 2025 (Doc. No. 19) because undersigned counsel has a scheduling conflict in preparation for an upcoming evidentiary hearing in a separate case. Petitioner assents to the relief requested in this motion. Based on conferral with counsel of record, all counsel are available to appear at a rescheduled hearing on the morning of August 5, 2025, or at any time on August 6, 7, or 8, 2025.

Wherefore, Respondents respectfully request that the Court grant their motion and continue the hearing currently scheduled for July 28, 2025, until the morning of August 5, 2025, any time on August 6, 7, or 8, 2025, or another date convenient for the Court.

---

[1] Respondents are Patricia Hyde (New England Field Office Director for U.S. Immigration and Customs Enforcement ("ICE")), Michael Krol (New England Special Agent in Charge, Homeland Security Investigations), Todd Lyons (Acting Director of ICE), and Kristi Noem (Secretary of the U.S. Department of Homeland Security).

Dated: July 22, 2025                                    Respectfully submitted,

                                          LEAH B. FOLEY
                                          United States Attorney

By:    */s/ Julian N. Canzoneri*
        Julian N. Canzoneri
        Assistant U.S. Attorney
        U.S. Attorney's Office
        John Joseph Moakley U.S. Courthouse
        One Courthouse Way, Suite 9200
        Boston, Massachusetts 02210
        (617) 748-3170
        julian.canzoneri@usdoj.gov

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I have conferred with counsel for Petitioner who assents to the relief requested in this motion.

Dated: July 22, 2025                             */s/ Julian N. Canzoneri*
                                                                Julian N. Canzoneri
                                                                Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on July 22, 2025.

                                                                              */s/ Julian N. Canzoneri*
                                                                              Julian N. Canzoneri
                                                                              Assistant U.S. Attorney