UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZALDO SAMPIAO,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, *et al.*,<br><br>Respondents. | No. 1:25-cv-11981-JEK |

## NOTICE OF APPEAL

Respondents hereby appeal from the Court's Judgment entered September 15, 2025 (Doc. No. 29), and Memorandum and Order on Petition for a Writ of Habeas Corpus entered on September 9, 2025 (Doc. No. 27), to the United States Court of Appeals for the First Circuit.

Dated: November 14, 2025

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:  */s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3170
julian.canzoneri@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on November 14, 2025.

*/s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney